# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2481

_____

NICOLE FRISARD,

    Appellant,

v.

BRUCE LEON BROWN,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Charles W. Arnold, Judge.

April 15, 2019

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael R. Yokan, Jacksonville, for Appellant.

Garry W. Crews of The Law Offices of Ronald E. Sholes, P.A., Jacksonville, for Appellee.